UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Daniel McGough,

            Plaintiff,        Case No. 24-cv-12820

v.                               Judith E. Levy
                               United States District Judge

Victoria I. Shackelford, *et al.*,

                               Mag. Judge Anthony P. Patti

            Defendants.

_____/

## ORDER STRIKING PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS [2] AND DIRECTING PLAINTIFF TO SUBMIT A REVISED APPLICATION

Plaintiff Daniel McGough, who is self-represented, filed a complaint under 42 U.S.C. § 1983 that is dated October 22, 2024. (ECF No. 1.) He also submitted an application to proceed without prepaying the fees or costs for this litigation—or to proceed *in forma pauperis*—that is dated October 22, 2024. (ECF No. 2.)

Federal courts "may authorize the commencement . . . of any suit, action or proceeding . . . without prepayment of fees . . . by a person who submits an affidavit that includes a statement . . . that the person is unable to pay such fees." 28 U.S.C. § 1915(a)(1). Inadequate completion

of an application to proceed *in forma pauperis* is grounds for denial of that application in the Eastern District of Michigan. *See Shaw v. Oakland Cnty. Friend of the Ct.*, No. 20-12492, 2020 WL 7024912, at *3 (E.D. Mich. Nov. 30, 2020).

Here, Plaintiff's application to proceed *in forma pauperis* is incomplete. Plaintiff does not specify whether he has "[a]ny housing, transportation, utilities, or loan payments, or other regular monthly expenses." (ECF No. 2, PageID.7.) In addition, he does not provide the "[n]ames (or, if under 18, initials only) of all persons who are dependent on [him] for support, [his] relationship with each person, and how much [he] contribute[s] to their support." (*Id.*) Nor does Plaintiff indicate whether he has "[a]ny debts or financial obligations." (*Id.*) Without this information, the Court cannot determine whether Plaintiff is unable to pay the applicable fees.

Moreover, the application's case caption does not contain the names of the Defendants who are being sued by Plaintiff in this case. The case caption reflects that the Defendants are "Lincoln Consolidated Schools, et al." (ECF No. 2, PageID.6.) However, Lincoln Consolidated Schools is not named as a Defendant here. Because the information in the

2

application's case caption does not pertain to this case, the Court strikes the application.

Accordingly, Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is stricken. If Plaintiff wishes to renew his request to proceed without prepaying the fees or costs for this litigation, he must submit a revised Application to Proceed in District Court Without Prepaying Fees or Costs by **November 18, 2024**. In his submission, Plaintiff must (1) answer each of the questions that appear in the application and (2) identify the correct Defendants in the application's case caption. If Plaintiff does not comply with this order, the case may be dismissed for failure to prosecute pursuant to Eastern District of Michigan Local Rule 41.2.

IT IS SO ORDERED.

Dated: November 5, 2024      s/Judith E. Levy
    Ann Arbor, Michigan      JUDITH E. LEVY
                                       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 5, 2024.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager