UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Daniel McGough,

                Plaintiff,        Case No. 24-cv-12820

v.                                     Judith E. Levy
                                     United States District Judge

Victoria I. Shackelford, *et al.*,

                                     Mag. Judge Anthony P. Patti

              Defendants.

_____/

## ORDER FOR PLAINTIFF TO SHOW CAUSE

On November 5, 2024, the Court issued an order striking the complaint filed by Plaintiff Daniel McGough because "[t]he complaint [wa]s not signed by Plaintiff, who is self-represented." (ECF No. 5, PageID.11 (citing Fed. R. Civ. P. 11(a)).) The Court's order stated that "[b]y **November 18, 2024**, Plaintiff must file an amended complaint that contains his handwritten signature." (*Id.* (emphasis in original).) Yet as of the date of this show cause order, Plaintiff has not filed an amended complaint.

Federal Rule of Civil Procedure 41(b) "confers on district courts the authority to dismiss an action for failure of a plaintiff to prosecute

the claim or to comply with the Rules or any order of the court." *Schafer v. City of Defiance Police Dep't*, 529 F.3d 731, 736 (6th Cir. 2008) (citing *Knoll v. AT & T*, 176 F.3d 359, 362–63 (6th Cir. 1999)). Here, Plaintiff has not complied with the Court's order requiring him to file an amended complaint.

Accordingly, Plaintiff is ordered to show cause in writing why the Court should not dismiss the action for failure to comply with the Court's order. *See* Fed. R. Civ. P. 41(b). Plaintiff's response to this show cause order is due by **April 18, 2025**. **Failure to file a response by April 18, 2025 will result in sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: April 7, 2025   s/Judith E. Levy
   Ann Arbor, Michigan   JUDITH E. LEVY
      United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 7, 2025.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager